

# NUMBER 13-23-00264-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

HIDALGO COUNTY IRRIGATION
DISTRICT NO. 6,                                                              Appellant,

v.

JOE LOUIS AGUILAR SR.,                                                      Appellee.

---

### On appeal from the 206th District Court
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Silva and Peña**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on a joint motion to dismiss the appeal. The parties, having reached an agreement to compromise and settle their differences, request the cause be dismissed.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby dismissed. In accordance with the motion, costs are taxed against the party incurring same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
9th day of November, 2023.

2